UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BREJETTE BUNDY-FORD | CIVIL ACTION |
| VERSUS | NO. 17-11707 |
| XAVIER UNIVERSITY OF LOUISIANA | SECTION "R" (1) |

ORDER

On February 1, 2018, the Court issued an order directing plaintiff to show cause, in writing, within 20 days why service of process has not been effected upon defendants.

As of this date, the record does not reflect a response to the Court's show cause order.

Accordingly,

IT IS ORDERED that the complaint is hereby dismissed for failure to prosecute.

New Orleans, Louisiana, this 22nd day of February, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE